IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINA BRANDIMARTI,           )
    Plaintiff,             )
                              )
    v.                     ) Civil Action No. 10-1444
                              )
THE PRUDENTIAL INSURANCE      )
COMPANY OF AMERICA, ET AL.,   )
    Defendants.            )

ORDER

AND NOW this 29th day of October, 2010, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign this case to another judge.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record